FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDY WATKINS and JISICA WATKINS,<br><br>                    Plaintiffs,<br><br>v.<br><br>CR BARD, INCORPORATED; and BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>                    Defendant. | NO: 4:19-CV-5224-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE |

BEFORE THE COURT is the Plaintiff's Stipulated Motion to Dismiss without Prejudice, ECF No. 29. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion to Dismiss without Prejudice **ECF No. 29**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **without prejudice** and without costs to any party.

ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** January 16, 2020.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      United States District Judge